ON 8/20/19 9:54
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-00485-FL-2

UNITED STATES OF AMERICA :
:
v. :
:
CHRISTOPHER RYHEEM MIDDLETON, JR :

## ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement by the defendant on April 8, 2019, and further evidence of record as presented by the Government, the Court finds that the following property is hereby forfeitable pursuant to 21 U.S.C. § 853, to wit:

(a) One Taurus PT378 380 caliber pistol, bearing s/n 78581E;

(b) One Beretta 92FS 9mm caliber pistol, bearing s/n BER317077; and

(c) any and all related ammunition;

AND WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement as to the defendant, the United States is hereby authorized to seize the above-stated property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance

1

with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant upon entry.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

SO ORDERED. This 20th day of August, 2019.

LOUISE W. FLANAGAN
United States District Judge